GEORGE J. GIGOUNAS (Bar No. 209334)
george.gigounas@us.dlapiper.com
JEFFREY E. TSAI (Bar No. 226081)
jeff.tsai@us.dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel:   (415) 836-2500
Fax:   (415) 836-2501

Attorneys for Petitioner
MoneyOnMobile, Inc.

**FILED**

MAY 13 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 19 80 128 MISC VKD

IN RE APPLICATION OF
MONEYONMOBILE, INC. DIRECTING
DISCOVERY PURSUANT TO 28 U.S.C.
§ 1782

Misc. Action No.

**PETITIONER MONEYONMOBILE,
INC.'S ADMINISTRATIVE MOTION TO
FILE UNDER SEAL**

L.R. 79-5(D)(1)(A) and 79-5(e)(1)




MOMT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1   Pursuant to Civil Local Rules 7-11, 79-5, and Rule 26(c)(1) of the Federal Rules of Civil
2   Procedure, Petitioner MoneyOnMobile, Inc. (MOMT) moves this Court for administrative relief to file
3   under seal an unredacted version of its *Ex Parte* Petition for Discovery in Aid of Foreign Proceedings
4   Pursuant to 28 U.S.C. § 1782 (Petition), an unredacted version of the Declaration of Harold Montgomery
5   (Montgomery Decl.), and certain exhibits to the Montgomery Declaration and Declaration of Anusha
6   Jegadeesh (Jegadeesh Decl.) filed in support of its Petition—which, as described below, contain
7   confidential terms and information—and file on the public docket, redacted versions of the same Petition
8   and Declarations with exhibits.

MOMT respectfully requests that the following be redacted and filed under seal:

| Document | Page | Line(s) |
| --- | --- | --- |
| 1782 Petition | 1 | 27-28 |
| 1782 Petition | 2 | 1, 3-4 |
| 1782 Petition | 3 | 2-20, 22-26, 28 |
| 1782 Petition | 4 | 15-16 |
| 1782 Petition | 5 | 6-8 |
| Montgomery Decl. | 1 | 13-17, 20-27 |
| Montgomery Decl. | 2 | 1-2, 4, 7-11 |
| Montgomery Decl., Ex. 1 | In its entirety | |
| Montgomery Decl., Ex. 2 | In its entirety | |
| Jegadeesh Decl., Ex. 2 | In its entirety | |

As set forth in the accompanying Declaration of George J. Gigounas (Gigounas Decl.), good cause exists to grant MOMT's request and this request is narrowly tailored because it seeks to preserve the confidentiality of the agreements and related materials that underlie the dispute being adjudicated by the London Court of International Arbitration (LCIA Proceeding) and the redactions in the public version of the Petition and supporting documents are limited to that information. Gigounas Decl. ¶ 2. The terms of the two agreements that underlie the LCIA Proceeding—the Memorandum of Understanding (MOU) and the Share Subscription and Shareholders Agreement (SSSA)—contain confidentiality

provisions whereby the signatories, including MOMT, agreed not to disclose the terms and conditions of these agreements. *Id.*, ¶ 3. The Petition and the Montgomery Declaration describe the terms and conditions of the MOU and SSSA. *Id.*, ¶ 4. The MOU and SSSA and amendments are Exhibits 1 and 2 to the Montgomery Declaration, respectively, and none of the signatories have publicly disclosed the terms and conditions of these agreements. *Id.*

The Request for Arbitration—Exhibit 2 to the Jegadeesh Declaration—is confidential under the LCIA Rules. Specifically, under Article 30.1, the parties are to keep confidential "all materials in the arbitration created for the purpose of the arbitration. . . ." *Id.*, ¶ 5, Ex. A; L.R. 79-5(b). As the Request for Arbitration was created for the purpose of the LCIA Proceeding, it is confidential and is appropriate for sealing by this Court.

The information MOMT seeks to seal is entitled to protection under the law because MOMT's failure to maintain the confidentiality of the MOU and SSSA would result in MOMT's breach of those agreements. *See Finisar Corp. v. Nistica, Inc.*, No. 13-cv-03345-BLF (JSC), 2015 WL 3988132, at *5 (N.D. Cal. June 30, 2015) (granting motion to seal for agreements with third parties as the contracts contained confidentiality clauses); *Asetek Holdings, Inc. v. CMI USA, Inc.*, No. 13-cv-00457-JST, 2014 WL 12644231, at *2 (N.D. Cal. Sept. 23, 2014) (granting motion to file under seal where confidential agreements set the moving party's sales relationships and business dealings and the moving party had agreed to maintain the agreements' confidentiality).

For the foregoing reasons, MOMT respectfully moves this Court for administrative relief to file under seal the narrowly tailored relief requested.

Dated: May 13, 2019

DLA PIPER LLP (US)

By: _____
George J. Gigounas
Jeffrey E. Tsai
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
Tel: 415.836.2500
Fax: 415.836.2501